■ ELLEN STERNBERG (BEVAN), Appellant, v LAWRENCE B. STERNBERG, Respondent.—Order unanimously reversed on the law with costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court erred in denying plaintiff's child support application without an evidentiary hearing *(see, Szablak v Keida,* 155 AD2d 887; *Jonasse v Jonasse,* 116 AD2d 997). Where, as here, such an application is predicated on the child's right to receive adequate support, the moving party need not demonstrate an unanticipated and unreasonable change in circumstances *(see, Matter of Brescia v Fitts,* 56 NY2d 132, 139-140). Rather, it is sufficient to show that a change in circumstances has occurred warranting an increase in the child's best interest *(see, Matter of Michaels v Michaels,* 56 NY2d 924, 926; *Matter of Sutton v Sutton,* 178 AD2d 980). When measured against such a standard, plaintiff's application was sufficient. (Appeal from Order of Supreme Court, Monroe County, Willis, J.—Child Support.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ DAVID L. POOLE, Appellant, v CONSOLIDATED RAIL CORPORATION, Respondent.—Order unanimously affirmed without costs *(see, Eschberger v Consolidated Rail Corp.,* 181 AD2d 1073 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Prejudgment Interest.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ FRANK J. ESCHBERGER, Respondent, v CONSOLIDATED RAIL CORPORATION, Appellant.—Order insofar as appealed from unanimously reversed on the law without costs and motion granted. Memorandum: State courts may not award prejudgment interest in an action to recover damages under the Federal Employers' Liability Act *(Monessen Southwestern Ry. Co. v Morgan,* 486 US 330; *see also, Kaiser Aluminum & Chem. Corp. v Bonjorno,* 494 US 827). Supreme Court erred, therefore, in denying defendant's motion to vacate that part of the judgment which awarded interest from the date of verdict to the date of entry of judgment *(see, Eschberger v Consolidated Rail Corp.,* 149 Misc 2d 232). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Prejudgment Interest.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.